| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert A. Loefflad, Esquire<br>NJ Bar ID# 024791996<br>Ford, Flower, Hasbrouck & Loefflad<br>Post Office Box 405<br>Linwood, New Jersey 08221<br>Tel (609) 653-1500<br>Fax (609) 653-8887 | Case No.: 19-15427<br>Chapter: 13 |
| In Re:<br><br>Alicia J. Matarazzo | Adv. No.:<br>Hearing Date:<br>Judge: JNP |

## CERTIFICATION OF SERVICE

1. I, __Melissa Decker__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Robert A. Loefflad__, who represents __Debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __5/24/2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Modified Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 5/24/2019

/s/ Melissa Decker
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| US Department of Housing and Urban Development<br>c/o Novad Management Consulting, LLC<br>2401 W. 23rd Street, Suite 1A1<br>Oklahoma City, OK 73107 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Department of Housing and Urban Development<br>451 7th Street S.W.<br>Washington, DC 20410 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Department of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Unsecured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |