UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Alicia Matarazzo,

Debtor.

Case No.:     19-15427-JNP

Chapter:     13

Hearing Date:     8/7/2019

Judge:     Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 19)

_____

Date: 8/5/2019                    /s/ Denise Carlon
                                  Signature

*rev.8/1/15*