UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

In re:

Alicia Jamie Matarazzo,

                                                Debtor.

Order Filed on June 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 19-15427-JNP

Hearing Date: July 7, 2020

Judge Jerrold N. Poslusny Jr.

## CONSENT ORDER GRANTING MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 23, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor:              Alicia Jamie Matarazzo
Case No.:           19-15427-JNP
Caption of Order:   **CONSENT ORDER GRANTING MOTION TO VACATE
                    AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic

Stay ("Motion") filed by Nissan Motor Acceptance Corporation ("Creditor"), and whereas the

Debtor does not oppose the Motion, it is hereby **ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to

Creditor's interest in the following property: **2017 Nissan Pathfinder; VIN:**

**5N1DR2MM1HC696745**.

2.      It is further **ORDERED** that the Creditor may join the Debtor and any Trustee

appointed in this case as defendants in its action(s) irrespective of any conversion to any other

chapter of the Bankruptcy Code.

3.      The 14-day stay under Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived

by entry of this Order.

**STIPULATED AND AGREED**:

/s/ Robert A. Loefflad                    /s/Gavin N. Stewart
Robert A. Loefflad, Esq.                  Gavin N. Stewart, Esq.
Ford, Flower, Hasbrouck & Loefflad        Stewart Legal Group, P.L.
Post Office Box 405                       401 East Jackson Street, Suite 2340
Linwood, NJ 08221                         Tampa, FL 33602
*Counsel for Debtor*                      *Counsel for Creditor*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                Case No. 19-15427-JNP
Alicia Jamie Matarazzo                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Jun 23, 2020
                             Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
db              +Alicia Jamie Matarazzo,    609 Brandywine Court,    Linwood, NJ 08221-1370

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Gavin  Stewart    on behalf of Creditor   Nissan Motor Acceptance Corporation
           bk@stewartlegalgroup.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Phillip Andrew Raymond   on behalf of Creditor   M&T BANK phillip.raymond@mccalla.com,
           mccallaecf@ecf.courtdrive.com
          Rebecca Ann Solarz   on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com
          Robert A. Loefflad   on behalf of Debtor Alicia Jamie Matarazzo rloefflad@ffhlaw.com,
           ghuie@ffhlaw.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 7