| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on July 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Alicia Jamie Matarazzo,<br><br>                               Debtor. | Chapter: 13<br><br>Case No.: 19-15427-JNP<br><br>Hearing Date: July 7, 2020<br><br>Judge Jerrold N. Poslusny Jr. |

**AMENDED CONSENT ORDER**
**GRANTING MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 13, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Alicia Jamie Matarazzo
Case No.: 19-15427-JNP
Caption of Order: **CONSENT ORDER GRANTING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay ("Motion") filed by Nissan Motor Acceptance Corporation ("Creditor"), and whereas the Debtor does not oppose the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) is terminated as to Creditor's interest in the following property: **2017 Nissan Pathfinder; VIN: 5N1DR2MM1HC696745**.

2. It is further **ORDERED** that the Creditor may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

3. The 14-day stay under Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived by entry of this Order.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Robert A. Loefflad* | */s/Gavin N. Stewart* |
| Robert A. Loefflad, Esq. | Gavin N. Stewart, Esq. |
| Ford, Flower, Hasbrouck & Loefflad | Stewart Legal Group, P.L. |
| Post Office Box 405 | 401 East Jackson Street, Suite 2340 |
| Linwood, NJ 08221 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |