| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |
| In re:<br><br>Alicia Jamie Matarazzo,<br><br>                               Debtor. |

Order Filed on July 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 19-15427-JNP

Hearing Date: July 7, 2020

Judge Jerrold N. Poslusny Jr.

### AMENDED CONSENT ORDER
### GRANTING MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 13, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Alicia Jamie Matarazzo
Case No.: 19-15427-JNP
Caption of Order: **CONSENT ORDER GRANTING MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay ("Motion") filed by Nissan Motor Acceptance Corporation ("Creditor"), and whereas the Debtor does not oppose the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) is terminated as to Creditor's interest in the following property: **2017 Nissan Pathfinder; VIN: 5N1DR2MM1HC696745**.

2. It is further **ORDERED** that the Creditor may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

3. The 14-day stay under Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived by entry of this Order.

**STIPULATED AND AGREED**:

*/s/ Robert A. Loefflad*
Robert A. Loefflad, Esq.
Ford, Flower, Hasbrouck & Loefflad
Post Office Box 405
Linwood, NJ 08221
*Counsel for Debtor*

*/s/Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel for Creditor*

United States Bankruptcy Court
District of New Jersey

In re:  
Alicia Jamie Matarazzo  
     Debtor

Case No. 19-15427-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 13, 2020  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.  
db              +Alicia Jamie Matarazzo,   609 Brandywine Court,    Linwood, NJ 08221-1370

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2020 at the address(es) listed below:  
           Denise E. Carlon     on behalf of Creditor     M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Gavin Stewart     on behalf of Creditor     Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com  
           Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
           Phillip Andrew Raymond     on behalf of Creditor     M&T BANK phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com  
           Rebecca Ann Solarz     on behalf of Creditor     M&T BANK rsolarz@kmllawgroup.com  
           Robert A. Loefflad     on behalf of Debtor Alicia Jamie Matarazzo rloefflad@ffhlaw.com, ghuie@ffhlaw.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                             TOTAL: 7