| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption In Compliance with D.N.J. LBR 9004-1(b) | |
| Robert A. Loefflad, Esquire<br>NJ Bar ID# 024791996<br>Ford, Flower, Hasbrouck & Loefflad<br>Post Office Box 405<br>Linwood, New Jersey 08221<br>Tel (609) 653-1500<br>Fax (609) 653-8887 | |
| In Re:<br><br>Alicia Jamie Matarazzo | Case No.: 19-15427<br>Chapter: 13<br>Hearing Date:<br>Judge: JNP |

Order Filed on September 14, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: September 14, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to ~~refinance~~ * real property located at ____85 Mill Street, Bloomfield, New Jersey 07003____ pursuant to the terms outlined in the debtor's certification in support of the refinancing motion; and it is further    * enter into partial claim mortgage loan with US Department of Housing and Urban Development.

ORDERED that from the funds received in connection with the refinance, all liens on the property shall be paid in full, at closing; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:
- ☐ Satisfy all Plan obligations from financing proceeds
- ☒ Continue to make payments under the Plan as proposed or confirmed
- ☐ Modify the Plan as follows:

ORDERED that debtor's counsel shall be allowed a legal fee of $ ____N/A____ for representation in connection with this motion, which is to be paid (**choose one**):

☐ at closing       ☐ through the plan       ☐ outside the plan;

and it is further

2

~~ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance and it is further~~    N/A

ORDERED that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

☐ is applicable     ☒ is not applicable

ORDERED that the following other provisions apply:

```
Debtor shall within thirty (30) days file a modified plan to state
post-petition arrears being cured through partial claim and shall
add HUD as an unaffected creditor under the Plan with proof of
service and Chapter 13 Plan Transmittal on the mortgagee and HUD.
```

rev. 8/1/15

3