UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert A. Loefflad, Esquire
NJ Bar ID# 024791996
Ford, Flower, Hasbrouck & Loefflad
Post Office Box 405
Linwood, New Jersey 08221
Tel (609) 653-1500
Fax (609) 653-8887

Order Filed on September 14, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Alicia Jamie Matarazzo

Case No.: 19-15427

Chapter: 13

Hearing Date:

Judge: JNP

## ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

DATED: September 14, 2021

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to ~~refinance~~ * real property located at ____85 Mill Street, Bloomfield, New Jersey 07003____ pursuant to the terms outlined in the debtor's certification in support of the refinancing motion; and it is further   * enter into partial claim mortgage loan with US Department of Housing and Urban Development.

ORDERED that from the funds received in connection with the refinance, all liens on the property shall be paid in full, at closing; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:
- ❏ Satisfy all Plan obligations from financing proceeds
- ☒ Continue to make payments under the Plan as proposed or confirmed
- ❏ Modify the Plan as follows:

ORDERED that debtor's counsel shall be allowed a legal fee of $ ____N/A____ for representation in connection with this motion, which is to be paid (**choose one**):

❏ at closing    ❏ through the plan    ❏ outside the plan;

and it is further

2

~~ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD~~  N/A
~~settlement statement within seven (7) days of the closing of the refinance and it is further~~

ORDERED that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

☐ is applicable    ☒ is not applicable

ORDERED that the following other provisions apply:

```
Debtor shall within thirty (30) days file a modified plan to state
post-petition arrears being cured through partial claim and shall
add HUD as an unaffected creditor under the Plan with proof of
service and Chapter 13 Plan Transmittal on the mortgagee and HUD.
```

*rev.8/1/15*

3

United States Bankruptcy Court

District of New Jersey

In re:  
Alicia Jamie Matarazzo  
    Debtor

Case No. 19-15427-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 14, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alicia Jamie Matarazzo, 609 Brandywine Court, Linwood, NJ 08221-1370 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 16, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com |
| Robert A. Loefflad | on behalf of Debtor Alicia Jamie Matarazzo rloefflad@ffhlaw.com ghuie@ffhlaw.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 14, 2021 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III
   on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com

TOTAL: 8