Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−15427−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alicia Jamie Matarazzo
   609 Brandywine Court
   Linwood, NJ 08221

Social Security No.:
   xxx−xx−4778

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 13, 2019.

On November 20, 2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              January 5, 2022
Time:               09:00 AM
Location:           4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 22, 2021
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 19-15427-JNP

Alicia Jamie Matarazzo                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3

Date Rcvd: Nov 22, 2021      Form ID: 185      Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia Jamie Matarazzo, 609 Brandywine Court, Linwood, NJ 08221-1370 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| 518124858 | | American Express, Post Office Box 981535, El Paso, TX 79998-1535 |
| 518221367 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518124859 | | Apex Asset Management, LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 518124860 | | Atlanticare Regional Medical Center, Post Office Box 786361, Philadelphia, PA 19178-6361 |
| 518124861 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Post Office Box 982234, El Paso, TX 79998-2234 |
| 518233698 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518186256 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518124869 | + | Children's Hospital of Philadelphia, 3401 Civic Center Boulevard, Philadelphia, PA 19104-4319 |
| 518124871 | + | Children's Hspital of Philadelphia, 3401 Civic Center Boulevard, Philadelphia, PA 19104-4319 |
| 518124875 | + | Department of Housing and, Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 518124877 | | Great Lakes - US Department of Education, PO Box 7860, Madison, WI 53707-7860 |
| 518124879 | | Marcus by Goldman Sachs, Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 518185330 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518124880 | | Nissan Motor Acceptance Corp., PO Box 740596, Cincinnati, OH 45274-0596 |
| 518124881 | + | Novad Management Consulting, LLC, 2401 W 23rd Street, Suite 1A1, Oklahoma City, OK 73107-2448 |
| 518124882 | #+ | Raymour & Flanigan, 1000 MacArthur Boulevard, Mahwah, NJ 07430-2035 |
| 518124883 | | Shore Medical Center, PO Box 42972, Philadelphia, PA 19101-2972 |
| 518124885 | + | TD Bank, N.A. - Raymour & Flanagan, PO Box 731, Mahwah, NJ 07430-0731 |
| 518236584 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518260116 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 22 2021 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 22 2021 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518124864 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2021 20:30:23 | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |
| 518173265 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 22 2021 20:30:24 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518186256 | + | Email/Text: RASEBN@raslg.com | Nov 22 2021 20:32:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518124866 | | Email/Text: Harris@ebn.phinsolutions.com | | |

Case 19-15427-JNP    Doc 44    Filed 11/24/21    Entered 11/25/21 00:12:42    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2021 | Form ID: 185 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 22 2021 20:32:00 | Children's Hospital of Philadelphia, c/o Harris & Harris, Ltd, 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |
| 518124874 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2021 20:30:25 | Citibank, PO Box 769004, San Antonio, TX 78245-9004 |
| 518124872 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2021 20:30:25 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518242628 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2021 20:30:32 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518124876 | | Email/Text: mrdiscen@discover.com | Nov 22 2021 20:32:00 | Discover Financial Services, Post Office Box 15316, Wilmington, DE 19850-5316 |
| 518136606 | | Email/Text: mrdiscen@discover.com | Nov 22 2021 20:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518124865 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 22 2021 20:30:13 | Chase Bank, Post Office Box 15298, Wilmington, DE 19850-5298 |
| 518243893 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2021 20:30:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518267592 | | Email/Text: camanagement@mtb.com | Nov 22 2021 20:32:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518124878 | | Email/Text: camanagement@mtb.com | Nov 22 2021 20:32:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 518262172 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 22 2021 20:48:17 | Portfolio Recovery Associates, LLC, c/o Banana Republic Visa, POB 41067, Norfolk VA 23541 |
| 518127994 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 22 2021 20:30:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518124884 | | Email/PDF: gecsedi@recoverycorp.com | Nov 22 2021 20:30:12 | Synchrony Bank - Banana Republic, ATTN: Bankruptcy Department, Post Office Box 965060, Orlando, FL 32896-5060 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518124862 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Post Office Box 982235, El Paso, TX 79998-2235 |
| 518124863 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Post Office Box 982235, El Paso, TX 79998-2235 |
| 518124870 | *+ | Children's Hospital of Philadelphia, 3401 Civic Center Boulevard, Philadelphia, PA 19104-4319 |
| 518124867 | * | Children's Hospital of Philadelphia, c/o Harris & Harris, Ltd, 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |
| 518124868 | * | Children's Hospital of Philadelphia, c/o Harris & Harris, Ltd, 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |
| 518124873 | *+ | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

Case 19-15427-JNP    Doc 44    Filed 11/24/21    Entered 11/25/21 00:12:42    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 22, 2021 | Form ID: 185 | Total Noticed: 39 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2021　　　　　　　　　　　Signature:　　　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com |
| Robert A. Loefflad | on behalf of Debtor Alicia Jamie Matarazzo rloefflad@ffhlaw.com  ghuie@ffhlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com |

TOTAL: 8