Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-15427 (JNP)**

Alicia J. Matarazzo  
609 Brandywine Court  
Linwood, NJ  08221

Monthly Payment: $551.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/01/2021 | $551.00 | 02/16/2021 | $551.00 | 04/01/2021 | $551.00 | 06/02/2021 | $551.00 |
| 06/25/2021 | $1,140.00 | 07/12/2021 | $551.00 | 08/09/2021 | $551.00 | 09/20/2021 | $551.00 |
| 10/06/2021 | $551.00 | 11/15/2021 | $551.00 | 12/02/2021 | $551.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ALICIA J. MATARAZZO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT A. LOEFFLAD, ESQUIRE | 13 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $9,961.19 | $1,372.78 | $8,588.41 | $611.15 |
| 2 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTICARE REGIONAL MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA, N.A. | 33 | $12,160.07 | $1,675.81 | $10,484.26 | $746.03 |
| 6 | CAPITAL ONE BANK USA, N.A. | 33 | $2,635.86 | $363.24 | $2,272.62 | $161.72 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $3,726.57 | $513.57 | $3,213.00 | $228.62 |
| 8 | CHILDREN'S HOSPITAL OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CHILDREN'S HOSPITAL OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CHILDREN'S HSPITAL OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CITIBANK, N.A. | 33 | $9,296.74 | $1,281.21 | $8,015.53 | $570.37 |
| 12 | LVNV FUNDING, LLC | 33 | $3,762.91 | $518.57 | $3,244.34 | $230.86 |
| 13 | DEPARTMENT OF HOUSING AND | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | DISCOVER BANK | 33 | $7,568.68 | $1,043.04 | $6,525.64 | $464.35 |
| 15 | U.S. DEPARTMENT OF EDUCATION | 33 | $15,209.35 | $2,096.00 | $13,113.35 | $933.10 |
| 16 | M & T BANK | 24 | $3,076.14 | $3,076.14 | $0.00 | $1,201.83 |
| 17 | MARCUS BY GOLDMAN SACHS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | NISSAN MOTOR ACCEPTANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | NOVAD MANAGEMENT CONSULTING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | RAYMOUR & FLANIGAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SYNCHRONY BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | TD RETAIL CARD SERVICES | 33 | $2,030.56 | $279.83 | $1,750.73 | $124.58 |
| 25 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | ROBERT A. LOEFFLAD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | NISSAN MOTOR ACCEPTANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | LVNV FUNDING, LLC | 33 | $9,973.17 | $1,374.40 | $8,598.77 | $611.86 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,344.63 | $460.93 | $2,883.70 | $205.20 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2019 | 3.00 | $0.00 |
| 07/01/2019 | Paid to Date | $2,052.00 |
| 08/01/2019 | 56.00 | $551.00 |
| 04/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,650.00 |
| Total paid to creditors this period: | $6,089.67 |
| Undistributed Funds on Hand: | $504.72 |
| Arrearages: | $0.00 |
| Attorney: | ROBERT A. LOEFFLAD, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**