| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Robert A. Loefflad, Esquire<br>NJ Bar ID# 024791996<br>Ford, Flower, Hasbrouck & Loefflad<br>Post Office Box 405<br>Linwood, New Jersey 08221<br>Tel (609) 653-1500<br>Fax (609) 653-8887<br>Email: rloefflad@fflaw.com<br><br>In Re:<br>Alicia Jamie Matarazzo | Case No.: 19-15427<br>Chapter: 13<br>Adv. No.: <br>Hearing Date: <br>Judge: JNP |

## CERTIFICATION OF SERVICE

1. I, __Melissa Decker__ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for __Robert A. Loefflad__, who represents __Debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __2/17/2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Modified Chapter 13 Plan filed on 11/20/2022

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 2/17/2022

*Melissa Decker*
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Secretary of United States Department of Housing and Urban Development<br>451 Seventh Street SW<br>Washington, DC 20410 | Affected Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |