Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−15427−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alicia Jamie Matarazzo
   609 Brandywine Court
   Linwood, NJ 08221

Social Security No.:
   xxx−xx−4778

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 20, 2022.


Dated: April 21, 2022
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Alicia Jamie Matarazzo  
    Debtor

Case No. 19-15427-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 21, 2022 | Form ID: plncf13 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alicia Jamie Matarazzo, 609 Brandywine Court, Linwood, NJ 08221-1370 |
| cr | + | Nissan Motor Acceptance Corporation, POB 340514, Tampa, FL 33694-0514 |
| 518124859 | | Apex Asset Management, LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 518124862 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Post Office Box 982235, El Paso, TX 79998-2235 |
| 518124861 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Post Office Box 982234, El Paso, TX 79998-2234 |
| 518233698 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518124869 | + | Children's Hospital of Philadelphia, 3401 Civic Center Boulevard, Philadelphia, PA 19104-4319 |
| 518124871 | + | Children's Hspital of Philadelphia, 3401 Civic Center Boulevard, Philadelphia, PA 19104-4319 |
| 518124875 | + | Department of Housing and, Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 518124879 | | Marcus by Goldman Sachs, Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 518124880 | | Nissan Motor Acceptance Corp., PO Box 740596, Cincinnati, OH 45274-0596 |
| 518124881 | + | Novad Management Consulting, LLC, 2401 W 23rd Street, Suite 1A1, Oklahoma City, OK 73107-2448 |
| 518124883 | | Shore Medical Center, PO Box 42972, Philadelphia, PA 19101-2972 |
| 518124885 | + | TD Bank, N.A. - Raymour & Flanagan, PO Box 731, Mahwah, NJ 07430-0731 |
| 518236584 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518260116 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 21 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 21 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518124858 | | Email/PDF: bncnotices@becket-lee.com | Apr 21 2022 20:45:41 | American Express, Post Office Box 981535, El Paso, TX 79998-1535 |
| 518221367 | | Email/PDF: bncnotices@becket-lee.com | Apr 21 2022 20:45:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518124860 | | Email/Text: ARMCOnlineBillPay@Atlanticare.org | Apr 21 2022 20:39:00 | Atlanticare Regional Medical Center, Post Office Box 786361, Philadelphia, PA 19178-6361 |
| 518124862 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 21 2022 20:39:00 | Bank of America, Post Office Box 982235, El Paso, TX 79998-2235 |
| 518124861 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 21 2022 20:39:00 | Bank of America, Post Office Box 982234, El Paso, TX 79998-2234 |
| 518233698 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 21 2022 20:40:00 | Bank of America, N.A., P O Box 982284, El Paso, |

Case 19-15427-JNP    Doc 51    Filed 04/23/22    Entered 04/24/22 00:14:58    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: plncf13 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | TX 79998-2284 |
| 518124864 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2022 20:45:36 | Capital One Bank, Post Office Box 30285, Salt Lake City, UT 84130-0285 |
| 518173265 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 21 2022 20:45:47 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518186256 | + | Email/Text: RASEBN@raslg.com | Apr 21 2022 20:40:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518124866 | | Email/Text: Harris@ebn.phinsolutions.com | Apr 21 2022 20:41:00 | Children's Hospital of Philadelphia, c/o Harris & Harris, Ltd, 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |
| 518124874 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2022 20:46:08 | Citibank, PO Box 769004, San Antonio, TX 78245-9004 |
| 518124872 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2022 20:46:32 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518242628 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2022 20:45:50 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518124876 | | Email/Text: mrdiscen@discover.com | Apr 21 2022 20:40:00 | Discover Financial Services, Post Office Box 15316, Wilmington, DE 19850-5316 |
| 518136606 | | Email/Text: mrdiscen@discover.com | Apr 21 2022 20:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518124877 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 21 2022 20:40:00 | Great Lakes - US Department of Education, PO Box 7860, Madison, WI 53707-7860 |
| 518124865 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 21 2022 20:45:35 | Chase Bank, Post Office Box 15298, Wilmington, DE 19850-5298 |
| 518243893 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 21 2022 20:45:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518267592 | | Email/Text: camanagement@mtb.com | Apr 21 2022 20:40:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518124878 | | Email/Text: camanagement@mtb.com | Apr 21 2022 20:40:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 518124879 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 21 2022 20:40:00 | Marcus by Goldman Sachs, Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 518185330 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Apr 21 2022 20:40:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518262172 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 21 2022 20:46:06 | Portfolio Recovery Associates, LLC, c/o Banana Republic Visa, POB 41067, Norfolk VA 23541 |
| 518127994 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2022 20:46:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518124884 | | Email/PDF: gecsedi@recoverycorp.com | Apr 21 2022 20:46:15 | Synchrony Bank - Banana Republic, ATTN: Bankruptcy Department, Post Office Box 965060, Orlando, FL 32896-5060 |
| 518236584 | + | Email/Text: tdebn@credbankserv.com | Apr 21 2022 20:40:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason    Name and Address**

| | | |
|---|---|---|
| 518124863 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Post Office Box 982235, El Paso, TX 79998-2235 |
| 518124870 | *+ | Children's Hospital of Philadelphia, 3401 Civic Center Boulevard, Philadelphia, PA 19104-4319 |
| 518124867 | * | Children's Hospital of Philadelphia, c/o Harris & Harris, Ltd, 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |
| 518124868 | * | Children's Hospital of Philadelphia, c/o Harris & Harris, Ltd, 111 West Jackson Boulevard, Suite 400, Chicago, IL 60604-4135 |
| 518124873 | *+ | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518124882 | ##+ | Raymour & Flanigan, 1000 MacArthur Boulevard, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor M&T BANK rsolarz@kmllawgroup.com |
| Robert A. Loefflad | on behalf of Debtor Alicia Jamie Matarazzo rloefflad@ffhlaw.com ghuie@ffhlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com |

TOTAL: 8