Printed on: 12/31/2022                                                                                               Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-15427 (JNP)

Alicia J. Matarazzo
609 Brandywine Court
Linwood, NJ  08221

Monthly Payment: $575.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2022 | $551.00 | 02/02/2022 | $551.00 | 03/03/2022 | $551.00 | 04/25/2022 | $553.00 |
| 05/12/2022 | $575.00 | 06/27/2022 | $575.00 | 07/29/2022 | $575.00 | 08/31/2022 | $575.00 |
| 09/30/2022 | $575.00 | 10/31/2022 | $575.00 | 11/28/2022 | $575.00 | 12/29/2022 | $575.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ALICIA J. MATARAZZO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT A. LOEFFLAD, ESQUIRE | 13 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $9,961.19 | $2,083.49 | $7,877.70 | $761.63 |
| 2 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTICARE REGIONAL MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA, N.A. | 33 | $12,160.07 | $2,543.45 | $9,616.62 | $929.78 |
| 6 | CAPITAL ONE BANK USA, N.A. | 33 | $2,635.86 | $551.32 | $2,084.54 | $201.52 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $3,726.57 | $779.45 | $2,947.12 | $284.95 |
| 8 | CHILDREN'S HOSPITAL OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CHILDREN'S HOSPITAL OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CHILDREN'S HSPITAL OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CITIBANK, N.A. | 33 | $9,296.74 | $1,944.52 | $7,352.22 | $710.84 |
| 12 | LVNV FUNDING, LLC | 33 | $3,762.91 | $787.05 | $2,975.86 | $287.71 |
| 13 | DEPARTMENT OF HOUSING AND | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | DISCOVER BANK | 33 | $7,568.68 | $1,583.08 | $5,985.60 | $578.69 |
| 15 | U.S. DEPARTMENT OF EDUCATION | 33 | $15,209.35 | $3,181.25 | $12,028.10 | $1,162.90 |
| 16 | M & T BANK | 24 | $3,076.14 | $3,076.14 | $0.00 | $0.00 |
| 17 | MARCUS BY GOLDMAN SACHS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | NISSAN MOTOR ACCEPTANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | NOVAD MANAGEMENT CONSULTING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | RAYMOUR & FLANIGAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SYNCHRONY BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | TD RETAIL CARD SERVICES | 33 | $2,030.56 | $424.72 | $1,605.84 | $155.25 |
| 25 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | ROBERT A. LOEFFLAD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | NISSAN MOTOR ACCEPTANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | LVNV FUNDING, LLC | 33 | $9,973.17 | $2,086.00 | $7,887.17 | $762.54 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,344.63 | $699.57 | $2,645.06 | $255.73 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2019 | 36.00 | $0.00 |
| 04/01/2022 | Paid to Date | $19,684.00 |
| 05/01/2022 | 23.00 | $575.00 |
| 04/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,806.00 |
| Total paid to creditors this period: | $6,091.54 |
| Undistributed Funds on Hand: | $1,051.10 |
| Arrearages: | ($553.00) |
| Attorney: | ROBERT A. LOEFFLAD, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**