Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-15427 (JNP)

Alicia J. Matarazzo  
609 Brandywine Court  
Linwood, NJ  08221

Monthly Payment: $575.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/2023 | $575.00 | 02/21/2023 | $575.00 | 03/20/2023 | $575.00 | 04/18/2023 | $575.00 |
| 05/30/2023 | $575.00 | 06/26/2023 | $575.00 | 07/24/2023 | $575.00 | 08/31/2023 | $575.00 |
| 10/02/2023 | $575.00 | 10/30/2023 | $575.00 | 11/27/2023 | $575.00 | 12/27/2023 | $575.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ALICIA J. MATARAZZO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT A. LOEFFLAD, ESQUIRE | 13 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $9,961.19 | $2,864.87 | $7,096.32 | $781.38 |
| 2 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ATLANTICARE REGIONAL MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA, N.A. | 33 | $12,160.07 | $3,497.22 | $8,662.85 | $953.77 |
| 6 | CAPITAL ONE, N.A. | 33 | $2,635.86 | $758.08 | $1,877.78 | $206.76 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $3,726.57 | $1,071.76 | $2,654.81 | $292.31 |
| 8 | CHILDREN'S HOSPITAL OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CHILDREN'S HOSPITAL OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CHILDREN'S HSPITAL OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CITIBANK, N.A. | 33 | $9,296.74 | $2,673.74 | $6,623.00 | $729.22 |
| 12 | LVNV FUNDING, LLC | 33 | $3,762.91 | $1,082.21 | $2,680.70 | $295.16 |
| 13 | DEPARTMENT OF HOUSING AND | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | DISCOVER BANK | 33 | $7,568.68 | $2,176.75 | $5,391.93 | $593.67 |
| 15 | U.S. DEPARTMENT OF EDUCATION | 33 | $15,209.35 | $4,374.20 | $10,835.15 | $1,192.95 |
| 16 | M & T BANK | 24 | $3,076.14 | $3,076.14 | $0.00 | $0.00 |
| 17 | MARCUS BY GOLDMAN SACHS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | NISSAN MOTOR ACCEPTANCE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | NOVAD MANAGEMENT CONSULTING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | RAYMOUR & FLANIGAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SHORE MEDICAL CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SYNCHRONY BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | TD RETAIL CARD SERVICES | 33 | $2,030.56 | $583.99 | $1,446.57 | $159.27 |
| 25 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | ROBERT A. LOEFFLAD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | NISSAN MOTOR ACCEPTANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | LVNV FUNDING, LLC | 33 | $9,973.17 | $2,868.27 | $7,104.90 | $782.27 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,344.63 | $961.93 | $2,382.70 | $262.36 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2019 | 36.00 | $0.00 |
| 04/01/2022 | Paid to Date | $19,684.00 |
| 05/01/2022 | 23.00 | $575.00 |
| 04/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,900.00 |
| Total paid to creditors this period: | $6,249.12 |
| Undistributed Funds on Hand: | $1,039.60 |
| Arrearages: | $22.00 |
| Attorney: | ROBERT A. LOEFFLAD, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**